UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HONORABLE JANE A. RESTANI, JUDGE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>v.<br><br>LINCOLN GENERAL INSURANCE COMPANY (IN LIQUIDATION),<br><br>                      Defendant. | Court No. 11-00296 |

## ORDER

Upon reading plaintiff's consent motion to dismiss; and upon consideration of other papers and proceedings had herein; it is hereby

ORDERED that plaintiff's motion be, and hereby is, granted; and it is further

ORDERED that the above-captioned action is dismissed.

_____
JANE A. RESTANI, *JUDGE*

Dated:  New York, New York
        This      day of              2023.

UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HONORABLE JANE A. RESTANI, JUDGE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>LINCOLN GENERAL INSURANCE COMPANY (IN LIQUIDATION),<br><br>    Defendant. | Court No. 11-00296 |

## CONSENT MOTION TO DISMISS

Plaintiff United States (the Government) respectfully requests that the Court issue an order dismissing the above-referenced action.

As reflected in the parties' September 30, 2022 Status Report, after extensive discussions, the parties reached an understanding regarding priority classification that enabled the Liquidator to request that the Commonwealth Court of Pennsylvania approve the United States' claim, along with the claims of others, as undisputed and resolved. The Liquidator's Final Accounting and Proposal for Final Distribution, including the United States' claim, was approved by the Commonwealth Court on March 17, 2023. The Liquidator subsequently distributed the assets of Lincoln General Insurance Company (Lincoln General). The Government has confirmed that the distribution received from Lincoln General is in accordance with the agreement between the parties as previously approved by the Commonwealth Court.

On September 19, 2023, Beverly A. Farrell, counsel for the Government, provided Frederick L. Ikenson of Blank Rome, counsel for defendant, with a copy of this motion. Mr. Ikenson confirmed that, on behalf of his client, he consents to the relief sought in this motion. Accordingly, the parties agree that this action should be dismissed.

WHEREFORE, the Government respectfully requests that our motion be granted and that the Court issue an order dismissing this action.

        Respectfully submitted,

        BRIAN M. BOYNTON
        Principal Deputy Assistant Attorney General

        PATRICIA M. McCARTHY
        Director

By:    /s/ Justin R. Miller
        JUSTIN R. MILLER
        Attorney-In-Charge

        /s/ Beverly A. Farrell
        BEVERLY A. FARRELL
        Senior Trial Attorney
        Civil Division, Dept. of Justice
        Commercial Litigation Branch
        26 Federal Plaza, Room 346
        New York, New York l0278
        Tel. No. 2l2-264-9230 or 0483
        Attorneys for Plaintiff

Dated:  September 19, 2023