Slip Op. 23-138

## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>    Plaintiff,<br><br>v.<br><br>**LINCOLN GENERAL INSURANCE COMPANY (IN LIQUIDATION),**<br><br>    Defendant, | Before: Jane A. Restani, Judge<br><br>Court No. 11-00296 |

### JUDGMENT

Upon reading plaintiff's consent motion to dismiss; and upon consideration of other papers and proceedings had herein; it is hereby

ORDERED that plaintiff's motion be, and hereby is, granted; and it is further

ORDERED, ADJUDGED, and DECREED that the above-captioned action is **DISMISSED**.

                                                                                                    /s/  Jane A. Restani<br>
                                                                                                    Jane A. Restani, Judge

Dated: September 20, 2023
       New York, New York